Case 2:15-cv-08051-JMV-MF   Document 36-1   Filed 04/15/16   Page 1 of 3 PageID: 568

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DARLAN ZACHARIA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 2:15-cv-08051-JMV-MF |
| Plaintiff, | *Filed Electronically* |
| v. | |
| STRAIGHT PATH COMMUNICATIONS, INC., DAVIDI JONAS, AND JONATHAN RAND, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE**

WHEREAS, on November 13, 2015, plaintiff Darlan Zacharia ("Plaintiff") filed a putative

class action complaint asserting claims pursuant to 15 U.S.C. §§ 78j(b) and 78t(a) of the Securities

Exchange Act of 1934 (the "Complaint") against Straight Path Communications, Inc. ("Straight

Path" or the "Company"), Davidi Jonas, and Jonathan Rand ("Defendants") (collectively, the

"Parties");

WHEREAS, on January 15, 2016, the Parties filed a Stipulation and Proposed Order (Dkt.

No. 15), relieving Defendants from answering or otherwise responding to the initial Complaint and

providing that within seven (7) days of the entry of an order appointing lead plaintiff(s) and lead

counsel, the Parties will submit for the Court's approval a schedule for the submission of any

proposed amended complaint and Defendants' response thereto;

WHEREAS, on January 15, 2016, the Court granted the Proposed Order (the "January 15,

2016 Order") (Dkt. No. 16);

WHEREAS, on April 11, 2016, the Court entered an order appointing Charles Frischer to serve as Lead Plaintiff and approving Lead Plaintiff's selection of Glancy Prongay & Murray LLP to serve as Lead Counsel for the Class and Schnader Harrison Segal & Lewis LLP to serve as Liaison Counsel for the Class (the "Lead Plaintiff Order") (Dkt. No. 35);

WHEREAS, pursuant to the requirements set forth in the January 15, 2016 Order;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel, subject to approval by the Court, as follows:

1.      Lead Plaintiff shall file an amended class action complaint no later than sixty (60) days following the entry of this proposed scheduling order by the Court;

2.      Defendants shall have sixty (60) days after the filing of the amended complaint to answer or otherwise respond to the amended complaint;

3.      Lead Plaintiff shall have forty-five (45) days after the filing of any motion(s) to dismiss to file any opposition(s);

4.      Defendants shall have thirty (30) days after the filing of any opposition(s) to file any reply (or replies);

5.      There have been no requests for an extension of time previously made in this matter;

6.      Nothing in this Stipulation shall be construed as a waiver of any defense available to Defendants;

7.      This Stipulation may be signed in counterparts.

DATED: April 15, 2016

By: _s/ Joel A. Pisano_

Joel A. Pisano
Liza M. Walsh
Selina M. Ellis
CONNELL FOLEY LLP
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
Telephone: (973) 757-1000
Email: jpisano@connellfoley.com
Email: lwalsh@connellfoley.com
Email: sellis@connellfoley.com

*Attorneys for Defendants*

By: _____

Robert V. Prongay (*admitted pro hac vice*)
Kara M. Wolke (*admitted pro hac vice*)
Casey Sadler (*admitted pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Lead Counsel for Lead Plaintiff and the Class*

By: _s/ Lisa J. Rodriguez_

Lisa J. Rodriguez
SCHNADER HARRISON SEGAL &
LEWIS LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: (856) 482-5222
Facsimile: (856) 482-6980

*Liaison Counsel for Lead Plaintiff and the Class*

IT IS SO ORDERED on this __18__ day of April 2016.

_____
THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

**MARK FALK**
**U.S. Magistrate Judge**

4/18/16