WALSH PIZZI O'REILLY FALANGA

**ONE RIVERFRONT PLAZA**
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Joel A. Pisano
Direct Dial: (973) 757-1035
jpisano@walsh.law

March 9, 2017

**VIA ECF**
Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Zacharia v. Straight Path Communications, Inc.*, *et al.***
**Civil Action No. 2:15-cv-08051 (JMV-MF)**

Dear Judge Vazquez:

This firm, together with Boies, Schiller & Flexner LLP, represents Defendants, Straight Path Communications, Inc., Davidi Jonas, and Jonathan Rand in connection with the above-referenced matter. We write on behalf of all parties to inform the Court that the parties participated in a successful mediation with Hon. Layn Phillips, and they executed a term sheet reflecting their agreement in principle to settle this matter. The parties jointly request a stay of this matter for 60 days as they negotiate a formal settlement agreement for the Court's review.

If the proposed stay is acceptable to Your Honor, we respectfully request this letter be "So Ordered" and placed on the docket.

As always, we thank the Court for its ongoing attention to this matter and are available should Your Honor or Your Honor's staff have any questions or need anything further.

Respectfully submitted,

*s/ Joel A. Pisano*

Joel A. Pisano

cc: All Counsel of Record (via ECF & email)