**SCHNADER HARRISON SEGAL &
LEWIS LLP**
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002-1165
Telephone: (856) 482-5222
Facsimile: (856) 482-6980

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Kara M. Wolke
Alexa Mullarky
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff Charles Frischer
and the Proposed Settlement Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLAN ZACHARIA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STRAIGHT PATH COMMUNICATIONS, INC., DAVIDI JONAS, and JONATHAN RAND,<br><br>Defendants. | Case No. 2:15-cv-08051-JMV-MF<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

TO:   THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 6, 2017, or on such date and time as the Court shall determine, the undersigned counsel for lead plaintiff Charles Frischer ("Lead Plaintiff") shall move before the Honorable John Michael Vazquez, United States District Judge, at the United States District Court located at 50 Walnut Street, Newark, New Jersey 07101, for an Order: (i) preliminarily approving the Settlement; (ii) certifying the Settlement Class, and appointing Lead Plaintiff as class representative and Lead Counsel Glancy Prongay & Murray LLP ("Lead Counsel") as class counsel for the purposes of the Settlement; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class; and (iv) setting a hearing at which the Court will consider final approval of the Settlement, approval of the plan of allocation, and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

PLEASE TAKE FURTHER NOTICE that in support of the motion, Lead Plaintiff will rely on the attached Memorandum of Law; the Declaration of Kara M. Wolke and exhibits thereto; and any such other papers as may be filed in support of this motion. A proposed order is also submitted herewith.

Dated: October 10, 2017                              Respectfully submitted,

**SCHNADER HARRISON SEGAL & LEWIS LLP**

By: */s/ Lisa J. Rodriguez*
Lisa J. Rodriguez
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
Telephone: (856) 482-5222
Facsimile: (856) 482-6980

*Liaison Counsel for Lead Plaintiff and the Proposed Settlement Class*

1

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Kara M. Wolke
Alexa Mullarky
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*