Michael T.G. Long
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500

*Attorneys for Proposed Intervenor
JDS1, LLC, on behalf of itself and all
other similarly situated stockholders
of Straight Path Communications, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARLAN ZACHARIA, Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STRAIGHT PATH COMMUNICATIONS, INC., DAVID JONAS, and JONATHAN RAND,<br><br>　　　　　　Defendants. | ECF FILED<br><br>Case No: 2:15-cv-8051-JMV-MF<br><br>Motion Return Date:<br>December 4, 2017<br><br>ORAL ARGUMENT REQUESTED |

**PROPOSED INTERVENOR JDS1, LLC'S MOTION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24 AND TO <u>OPPOSE PRELIMINARY APPROVAL OF SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　　　PLEASE TAKE NOTICE that, on December 4, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for the Proposed Intervenor JDS1, LLC, on behalf of itself and all other similarly situated

stockholders of Straight Path Communications, Inc., shall move before the Honorable John Michael Vazquez, U.S.D.J., of the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an order granting JDS1, LLC's Motion to Intervene and Pursuant to Federal Rule of Civil Procedure 24 to Oppose the Preliminary Approval of Settlement.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, the JDS1, LLC shall rely upon the Memorandum of Law submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested.

Dated: November 5, 2017

By: /s/ Michael T.G. Long, Esq.
Michael T.G. Long, Esq.
**LOWENSTEIN SANDLER PC**
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500

*Attorneys for Proposed Intervenor JDS1, LLC on behalf of itself and all other similarly situated stockholders of Straight Path Communications, Inc.*