

ONE RIVERFRONT PLAZA
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Joel A. Pisano
Direct Dial: (973) 757-1035
jpisano@walsh.law

November 22, 2017

**VIA ECF**

Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Zacharia v. Straight Path Communications, Inc., et al.*
              Civil Action No. 2:15-cv-08051 (JMV-MF)

Dear Judge Vazquez:

      This firm, together with Boies Schiller Flexner LLP represents Defendants in this action. The parties and Proposed Intervenor JDS1, LLC ("JDS1") are continuing to meet and confer and believe that, with some additional time, they may be able to amicably resolve JDS1's Motion to Intervene Pursuant to Federal Rule of Civil Procedure 24 and to Oppose Preliminary Approval of Settlement without further motion practice. Accordingly, we write with the consent of Lead Plaintiff and JDS1 to respectfully request an additional short extension, until November 28, 2017, for the parties to file any response(s) to JDS1's motion, which response(s) would otherwise be due today. JDS1's reply in further support of its motion would become due on December 6, 2017.

      Should the requested extension meet with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter. As always, we thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

                                      Respectfully submitted,

                                      */s Joel A. Pisano*

                                      Joel A. Pisano

cc:     All Counsel of Record (via ECF and email)

**SO ORDERED this \_\_\_ day of November, 2017**

_____
**Hon. John Michael Vazquez, U.S.D.J.**